

FILED
JUL - 1 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | 87-925M CASE NUMBER |
|---|---|
| vs. *George F Cameron* Defendant. | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of the (Court or Government), IT IS ORDERED that a detention hearing is set for 7/2/87 , 19 87, at 2:00 PM, before the Honorable George H. King in Courtroom F .

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____ ( other custodial officer) ) and produced for the hearing.

DATED: 7/1/87

ENTERED ON COURTRAN
JUL 6 1987

U.S. District Judge/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT