FILED
JUL -2 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
       v.                 )   ORDER OF DETENTION AFTER HEARING
                          )        (18 U.S.C. § 3142(i))
George F. Cameron         )
                          )
            Defendant.    )
_____)

I.

A. ( ✓ ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life
          imprisonment or death;

   3. ( ✓ ) narcotics or controlled substance offense
            with maximum sentence of ten or more years
            (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more
          prior offenses described above.

///
///
///

CR94 (5/86)                    -1-

ENTERED ON COURTRAN
JUL 6 1987

B.  On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1.  ( ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a.  ( ) obstruct or attempt to obstruct justice;

        b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  ( ) appearance of defendant as required;

    and/or

B.  (/) safety of any person or the community;

## III.

The Court has considered:

A.  (/) the nature and circumstances of the offense;

B.  (/) the weight of evidence against the defendant;

C.  (/) the history and characteristics of the defendant;

D.  (/) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

CR-94

-2-

```
 1
 2
 3        B.  ( )  History and characteristics indicate a serious
 4                 risk that defendant will flee because: _____
 5                 _____
 6                 _____
 7                 _____
 8                 _____
 9        C.  ( )  A serious risk exists that defendant will:
10                 1.  ( )  obstruct or attempt to obstruct justice;
11                 2.  ( )  threaten, injure or intimidate a
12                          witness/juror;
13                 3.  ( )  attempt to threaten, injure or intimi-
14                          date a witness/juror;
15                 Because: _____
16                 _____
17                 _____
18
19        D.  (✓) Defendant has not rebutted by sufficient evidence
20                 to the contrary the presumption provided in
21                 18 U.S.C. § 3142(e).
22     IT IS ORDERED defendant be detained prior to trial.
23     IT IS FURTHER ORDERED that defendant be confined as far as
24  practicable in a corrections facility separate from persons
25  awaiting or serving sentences or persons held pending appeal.
26  ///
27  ///
28  ///
    CR-94                          -3-
```

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7-2-87

U. S. MAGISTRATE/DISTRICT JUDGE