FILED

JUL -2 1987

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
                          )
              Plaintiff,)
                          )
         v.               )      ORDER OF DETENTION AFTER HEARING
                          )         (18 U.S.C. § 3142(i))
George F. Cameron          )
                          )
                          )
              Defendant.)
                          )

                         I.

A.   ( / )On motion of the Government involving an alleged

     1.  (   )  crime of violence;

     2.  (   )  offense with maximum sentence of life
                imprisonment or death;

     3.  ( / )  narcotics or controlled substance offense
                with maximum sentence of ten or more years
                (21 U.S.C. §§ 801,/951, et. seq.,/955a);

     4.  (   )  felony – defendant convicted of two or more
                prior offenses described above.

///
///
///

CR94  (5/86)                    -1-

ENTERED ON COURTRAN

JUL  6 1987

B.  On motion ( ) (by the Government)/( ) (by the Court
    sua sponte involving)

    1.  ( ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a.  ( ) obstruct or attempt to obstruct
            justice;

        b.  ( ) threaten, injure, or intimidate a
            prospective witness or juror or
            attempt to do so.

II.

The Court finds no condition or combination of conditions
will reasonably assure:

A.  ( ) appearance of defendant as required;

                    and/or

B.  (/) safety of any person or the community;

III.

The Court has considered:

A.  (/) the nature and circumstances of the offense;

B.  (/) the weight of evidence against the defendant;

C.  (/) the history and characteristics of the defendant;

D.  (/) the nature and seriousness of the danger to any
        person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other
        persons or the community because: _____

        _____

        _____

CR-94                        -2-

B. ( ) History and characteristics indicate a serious
risk that defendant will flee because: _____

_____

_____

_____

_____

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a
       witness/juror;

    3. ( ) attempt to threaten, injure or intimi-
       date a witness/juror;

Because: _____

_____

_____

D. (✓) Defendant has not rebutted by sufficient evidence
to the contrary the presumption provided in
18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as
practicable in a corrections facility separate from persons
awaiting or serving sentences or persons held pending appeal.

///

///

///

CR-94                           -3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7-2-87

_____
U. S. MAGISTRATE/DISTRICT JUDGE

CR-94